UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MILLHOLEN, | No. 2:15-cv-1001-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BOSCH TOOL CORPORATION, | |
| Defendant. | |

      Plaintiff commenced the instant action on July 16, 2014, in the Solano County Superior Court. (ECF No. 1.)  After defendant was served with process on April 10, 2015, it removed the action to federal court on the basis of diversity of citizenship jurisdiction on May 8, 2015.  (Id.) On May 15, 2015, defendant also filed a motion to dismiss, which remains pending.  (ECF No. 5.)

      A review of plaintiff's complaint reveals that it fails to comply with Federal Rule of Civil Procedure 11.  That rule states, in part, that: "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.  The paper must state the signer's address, e-mail address, and telephone number."  Fed. R. Civ. P. 11(a).  In this case, plaintiff's complaint is signed by "Ray Padilla, Esq., for Joseph Millholen, In Pro Per."  Based on that signature, it appears that plaintiff

is proceeding without counsel, but has not signed the complaint himself; Mr. Padilla, who is ostensibly an attorney, signed the complaint, but is not counsel of record.

In light of the complaint's failure to comply with Federal Rule of Civil Procedure 11(a), the court dismisses plaintiff's complaint, but with leave to amend.  If plaintiff elects to file an amended complaint, it shall be captioned "First Amended Complaint" and shall be either (a) signed by plaintiff himself if he is proceeding without counsel or (b) signed by an attorney who enters an appearance as counsel of record for plaintiff.  Furthermore, any first amended complaint shall comply with the general rules of pleading outlined in the Federal Rules of Civil Procedure, including, but not limited to, Rules 8, 9, 10, and 11.  Although the court liberally construes the pleadings of pro se litigants, they are required to abide by all procedural rules.  Finally, plaintiff is cautioned that California Judicial Council forms are for use in state court, and should not be used in any amended complaint or other filings in federal court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed with leave to amend.
2. No later than June 17, 2015, plaintiff shall file a first amended complaint in accordance with this order.  Alternatively, if plaintiff no longer wishes to pursue the action at this time, he may instead file a notice of voluntary dismissal of the action without prejudice no later than June 17, 2015.
3. Failure to timely file either a first amended complaint or a notice of voluntary dismissal will be deemed to be plaintiff's consent to dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b) and will result in a recommendation of such dismissal.
4. Defendant's pending motion to dismiss (ECF No. 5) is denied without prejudice as moot, and the hearing set for 06/25/15 at 10 a.m. is vacated.

IT IS SO ORDERED.

Dated: May 20, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE