UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MILLHOLEN, | No. 2:15-cv-1001-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BOSCH TOOL CORPORATION, | |
| Defendant. | |

On June 26, 2015, the court directed plaintiff, no later than July 15, 2015, to: (1) pay the Clerk of Court $150.00 in monetary sanctions; (2) show cause in writing why the action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to file an amended complaint and failure to prosecute the case; and (3) file a first amended complaint that complies with the court's May 20, 2015 order. (ECF No. 9.)

Subsequently, on July 7, 2015, attorney Charles Miller filed a notice of appearance as counsel on behalf of plaintiff. (ECF No. 10.) Thereafter, plaintiff, through counsel, paid the monetary sanctions, responded to the order to show cause, and filed a first amended complaint. (See ECF Nos. 12, 13.) The parties also submitted a stipulation for the court's approval, permitting plaintiff's counsel to further investigate the facts and circumstances of the case and to potentially further amend the complaint. (ECF No. 11.)

1


In light of the above filings, the court discharges the order to show cause and approves the parties' stipulation, as outlined below.

Additionally, given the appearance of counsel on behalf of plaintiff, the court refers this action to the assigned district judge. Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-trial proceedings in "actions in which all the plaintiffs or defendants are proceeding *in propria persona*, including dispositive and non-dispositive motions and matters. Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing *in propria persona* is later represented by an attorney in accordance with L.R. 180." E.D. Cal. L.R. 302(c)(21). Here, after the appearance of counsel on plaintiff's behalf, and with defendant also represented by counsel, neither all the plaintiffs nor all the defendants in this action are proceeding *in propria persona*. Therefore, further proceedings in this action, other than discovery motions and matters otherwise appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the district judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 9) is discharged.
2. The parties' stipulation (ECF No. 11) is approved. Plaintiff shall file any second amended complaint no later than September 7, 2015. Defendant shall respond to any second amended complaint no later than September 28, 2015. If plaintiff elects not to file a second amended complaint by September 7, 2015, defendant shall respond to the first amended complaint no later than September 28, 2015.
3. This case is referred to the assigned district judge pursuant to Local Rule 302(c)(21). All dates before the undersigned, including the September 24, 2015 status conference, are VACATED.
4. Henceforth the caption on documents filed in this action shall be No. 2:15-cv-1001-MCE-KJN.

////

////

1      IT IS SO ORDERED.

2  Dated: July 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE