UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH MILLHOLEN, | No. 2:15-cv-01001-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT BOSCH TOOL CORPORATION, | |
| Defendant. | |

The Court is in receipt of the parties' Joint Motion to Set Rule 26(f) Scheduling Conference (ECF No. 21). After that request was filed, the Court issued its Pretrial Scheduling Order (ECF No. 25). The joint motion is accordingly DENIED as moot.

IT IS SO ORDERED.

Dated: March 7, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1