JACK B. MCCOWAN, JR. (SBN: 062056)
jmccowan@gordonrees.com
GENE W. KIM (SBN: 279549)
gkim@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for defendant Robert Bosch Tool Corporation

CHARLES MILLER, ESQ. (SBN: 276523)
HEYGOOD, ORR & PEARSON
6363 North State Highway, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH MILLHOLEN,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT BOSCH TOOL CORPORATION,<br><br>                Defendant. | CASE NO. 2:15-CV-01001-MCE-KJN<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO MODIFY MARCH 4, 2016 PRETRIAL SCHEDULING ORDER** |

      The Court having considered the Parties' Stipulation and Joint Motion to Modify the Court's March 4, 2016 Pretrial Scheduling Order, and good cause shown, finds that the current pretrial schedule set forth in the May 4, 2016 Pretrial Scheduling Order shall be extended by sixty (60) days.

///

IT IS HEREBY ORDERED that the current scheduling order is modified as follows:

| | |
|---|---|
| Fact Discovery Deadline | January 13, 2017 |
| Expert Disclosure Deadline | March 14, 2017 |
| Dispositive Motion Deadline | May 22, 2017 |
| Dispositive Motion Hearing Deadline | July 27, 2017 |

**IT IS SO ORDERED.**

Dated:  September 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111