1  JACK B. MCCOWAN, JR. (SBN 062056)
   jmccowan@gordonrees.com
2  GENE W. KIM (SBN 279549)
   gkim@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for defendant Robert Bosch Tool
   Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH MILLHOLEN, | CASE NO. 2:15-CV-01001-MCE-KJN |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ROBERT BOSCH TOOL CORPORATION, | Hon. Morrison C. England, Jr |
| Defendant. | |

**ORDER**

Upon stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the claims filed by plaintiff, Joseph Millholen, against defendant, Robert Bosch Tool Corporation, be, and hereby are, dismissed with prejudice in their entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. As to these claims, all parties are to bear their own costs.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE